# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**WAYNE L. COX,** :
:
   Plaintiff, :
:
v. : Civil Action No. 5:08-cv-286(HL)
:
**MICHAEL ASTRUE,** :
**Commissioner of Social Security,** :
:
   Defendant. :
_____

# ORDER

The Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered April 13, 2009 (Doc. 14), in the above-captioned case is before the Court. Plaintiff has filed an Objection to the Recommendation (Doc. 16) as permitted by 28 U.S.C. § 636(b)(1).

The Court, after careful consideration of the objections and a *de novo* review of the Recommendation, accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The decision of the Commissioner of Social Security is hereby affirmed.

**SO ORDERED**, this the 6th day of May, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh